Holcombe *v.* Holcombe.     Yard *v.* Yard.

HIRAM HOLCOMBE, executor, &c., respondent,

and

JOSIAH HOLCOMBE, appellant,

Motion by *Mr. Shipman*, on behalf of the respondent to dismiss an appeal because only one of two executors had brought such appeal. The petition showed that the other executor declined to join in the appeal.

*Mr. Shipman* cited *Todd* v. *Daniel*, 16 *Pet.* 521; *Owings* v. *Kingcannon*, 7 *Pet.* 399; *Forgay* v. *Conrad*, 6 *How.* 201.

*Mr. J. R. Emery, contra.*

PER CURIAM.

The practice in such cases as established in this court has always been to require all parties interested to join in the petition, and then, if any one declines to proceed, to apply for a summons and severance. An amendment of the petition may be allowed for the purpose of adding the other executor as a formal party, and, if necessary, the prosecuting executor may then apply for a summons and severance.